DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SALAZAR-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 08-134-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| JOSE LUIS SALAZAR-RODRIGUEZ, | |
| Defendant. | DATE: March 29, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

JOSE LUIS SALAZAR-RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for March 8, 2010, be continued for a status conference on March 29, 2010, at 8:30 a.m.

This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses. The defendant in this case consents to this continuance.

Counsel, along with Mr. Salazar-Rodriguez agree that the time from the date of this order through March 29, 2010, should be excluded

1  in computing the time within which trial must commence under the Speedy
2  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
3  prepare].
4  DATED: March 4, 2010
5                                          Respectfully submitted,
6                                          DANIEL J. BRODERICK
                                           Federal Defender
7
                                           /S/ Dennis S. Waks
8                                          _____
                                           DENNIS S. WAKS
9                                          Supervising Assistant Federal Defender
                                           Attorney for Defendant
10                                         JOSE LUIS SALAZAR-RODRIGUEZ
11
                                           BENJAMIN B. WAGNER
12                                         United States Attorney
13 DATE: March 4, 2010
                                           /S/ Dennis S. Waks for
14                                         _____
                                           MICHAEL ANDERSON
15                                         Assistant United States Attorney

2

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SALAZAR-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 08-134-WBS |
| Plaintiff, ) | |
| ) | **ORDER RE CONTINUANCE OF STATUS** |
| v. ) | **HEARING AND FINDINGS OF** |
| ) | **EXCLUDABLE TIME** |
| JOSE LUIS SALAZAR-RODRIGUEZ, ) | |
| ) | DATE: March 29, 2010 |
| Defendant. ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for March 29, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter.  Accordingly, time under the Speedy Trial Act is excluded from the date of this order through March 29, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3