```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JOSE LUIS SALAZAR-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 08-134-WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| JOSE LUIS SALAZAR-RODRIGUEZ, ) | |
| Defendant. ) | DATE: April 5, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

JOSE LUIS SALAZAR-RODRIGUEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHAEL ANDERSON, Assistant United States Attorney, hereby agree that the status conference set for March 29, 2010, be continued for a status conference/change of plea hearing on April 5, 2010, at 8:30 a.m.

This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to review a possible resolution to this case.  The defendant in this case consents to this continuance.

Counsel, along with Mr. Salazar-Rodriguez agree that the time from the date of this order through April 5, 2010, should be excluded

in computing the time within which trial must commence under the Speedy Trial Act, Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: March 25, 2010

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE LUIS SALAZAR-RODRIGUEZ

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATE: March 25, 2010
                                  /S/ Dennis S. Waks for
                                  _____
                                  MICHAEL ANDERSON
                                  Assistant United States Attorney

DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS SALAZAR-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 08-134-WBS |
| Plaintiff, | |
| v. | **ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| JOSE LUIS SALAZAR-RODRIGUEZ, | |
| Defendant. | DATE: April 5, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference/change of plea hearing is set for April 5, 2010, at 8:30 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from the date of this order through April 5, 2010, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED:  March 25, 2010

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE